# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| JAWUAN D. BRUNSON, | : | Bankruptcy No. 07-17511DWS |
| | : | |
| Debtor. | : | |

# ORDER

**AND NOW**, this 6th day of November 2008, upon consideration of the Motion of Countrywide Home Loans, Inc. For Relief from the Automatic Stay (the "Motion"), after notice and hearing and for the reasons stated in the accompanying Memorandum Opinion;

It is hereby **ORDERED** that the Motion is **DENIED**.

_____
DIANE WEISS SIGMUND
United States Bankruptcy Judge